# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO



| | |
|---|---|
| SOUTHWEST COMMUNITY RESOURCES, INC., a New Mexico corporation, SOUTHWEST ORGANIZING PROJECT, a project of SOUTHWEST COMMUNITY RESOURCES, INC., and JEANNE GAUNA, in her individual capacity and as Co-Director of SOUTHWEST ORGANIZING PROJECT, | 00 JUL 21 PM 3:19 |
| plaintiffs, | No. CIV-98-1544-PJK/DJS |
| v. | |
| SIMON PROPERTY GROUP, LP, owner of COTTONWOOD MALL, and d/b/a COTTONWOOD MALL; HEITMAN PROPERTIES OF NEW MEXICO, LLC., owner of CORONADO CENTER, and d/b/a CORONADO CENTER; PRUDENTIAL INSURANCE COMPANY OF AMERICA, owner of WINROCK CENTER, and d/b/a WINROCK CENTER, and the CITY OF ALBUQUERQUE, | |
| defendants. | |

## STIPULATED DISMISSAL OF COUNTERCLAIM UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1), the counterclaim plaintiff, Simon Property Group, LP, and the counterclaim defendants, Southwest Community Resources, Inc., a New Mexico corporation, Southwest Organizing Project, a project of Southwest Community Resources, Inc., and Jeanne Gauna, in her individual capacity and as co-director of Southwest Organizing Project, stipulate to dismissal of the counterclaim of Simon Property Group, LP, without prejudice and without costs or fees to any party.

[Signatures on next page]

{W0067275.DOC;}



## STIPULATED DISMISSAL OF COUNTERCLAIM UNDER RULE 41(a)(1)
[Signatures]

Madison, Harbour, Mroz & Brennan, P.A.
Attorneys for Simon Property Group, LP

By: *Michael W. Brennan* (signature)
Michael W. Brennan
Suite 1800
201 Third Street W
Albuquerque, New Mexico 87102

Miro Weiner & Kramer
a professional corporation
Attorneys for Simon Property Group, LP

By: TELEPHONICALLY APPROVED
Bruce L. Segal
Suite 100, 38500 Woodward Ave.
P.O. Box 908
Bloomfield Hills, MI 48303-0908

Freedman, Boyd, Daniels, Hollander,
  Goldberg & Cline, P.A.
Attorneys for Plaintiffs/Counterclaim Defendants

By: TELEPHONICALLY APPROVED
John W. Boyd
Suite 700
20 First Plaza
Albuquerque, NM 87102

Acknowledged:

Modrall, Sperling, Roehl, Harris & Sisk
Attorneys for Heitman Properties of New
  Mexico, LLC

By: TELEPHONICALLY APPROVED
John R. Cooney
Lisa F. Mann
Christopher Muirhead
500 4th Street, N.W., Suite 1000
Bank of America Centre
Albuquerque, New Mexico 87102

Altheimer & Gray
Attorneys for Heitman Properties of
  New Mexico, LLC

By: TELEPHONICALLY APPROVED
Jane B. McCullough
Suite 4000
10 South Wacker Drive
Chicago, Illinois 60606

City of Albuquerque

By: TELEPHONICALLY APPROVED
Kathryn Levy
Bruce T. Thompson
P.O. Box 2248
Albuquerque, New Mexico 87103-2248

Sutin, Thayer & Browne
Attorneys for The Prudential
Insurance Company of America

By: TELEPHONICALLY APPROVED
Norman S. Thayer
P.O. Box 1945
Albuquerque, New Mexico 87103

{W0067275.DOC;}                                 2